IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL POWELL**     **PLAINTIFF**

**v.**     **No. 3:19CV23-DAS**

**FRANK SHAW, ET AL.**     **DEFENDANTS**

**ORDER DISMISSING AS MOOT DEFENDANTS' MOTION[76]
TO STRIKE PLAINTIFF' S MOTIONS [68], [74], [75]
FOR PARTIAL SUMMARY JUDGMENT**

This matter comes before the court on the motion [76] by the defendants to strike the plaintiff's motion [68] for partial summary judgment and its two supplements [74], [75]. As the court has already denied the motion for partial summary judgment, the instant motion [76] is **DISMISSED** as moot.

**SO ORDERED**, this, the 18th day of March, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE