IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL POWELL**                                      **PLAINTIFF**

**v.**                                                         **No. 3:19CV23-DAS**

**FRANK SHAW, ET AL.**                                  **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [68]
FOR PARTIAL SUMMARY JUDGMENT**

This matter comes before the court on the plaintiff's motion [68] for partial summary judgment. As he seeks relief from defendants (Hart, Murphy, and Thomas) who have not been served with process, the instant motion [68] is **DENIED**.

**SO ORDERED**, this, the 18th day of March, 2021.

                                                             /s/ David A. Sanders
                                                             DAVID A. SANDERS
                                                            UNITED STATES MAGISTRATE JUDGE