IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MICHAEL POWELL**            **PLAINTIFF**

**v.**            **No. 3:19CV23-DAS**

**FRANK SHAW, ET AL.**            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the motions [29], [54] by the defendants for summary judgment are **GRANTED**, and instant case is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

In light of this ruling, the defendants' motion [59] to strike plaintiff's discovery requests, as well as the plaintiff's motion [72] for discovery and motion [80] to issue subpoenas are **DISMISSED** as moot.

**SO ORDERED**, this, the 23rd day of March, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE